ROBERT R. GUTHRIE, Appellant, v. LISBETH WRIGHT GUTHRIE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of PAUL GERLI for the Examination of BERTHA MUSHLIN to Be Used in an Action About to Be Brought by the Said PAUL GERLI against the WASHINGTON PIECE DYEING AND FINISHING COMPANY, a New Jersey Corporation, and Others. PAUL GERLI, Respondent. WASHINGTON PIECE DYEING AND FINISHING COMPANY, a New Jersey Corporation, and Others, Appellants.— Orders so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALTER E. TAYLOR and Others, Respondents, v. EDWARD M. ALLEN, Appellant. — Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NELLIE M. SHAW, as Executrix, etc., of JOHN M. SHAW, Deceased, Appellant, v. ALBERT N. HARP and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LIANE VILLEGAS, an Infant, etc., by Her Guardian ad Litem, MIGUEL VILLEGAS, and MIGUEL VILLEGAS, Respondents, v. BORDEN FARM PRODUCTS CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JULES WEBER, Plaintiff, v. BIARRITZ Co., INC., and Others, Defendants. FRANK KELLY, Assignee of Plaintiff, Respondent; FRANCESCO GUARDABASSI, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes for affirmance.

PRUDENTIAL COAT, APRON & TOWEL SUPPLY CO., INC., Respondent, v. UNITY COAT & APRON CO., INC., and Others, Defendants, Impleaded with THOMAS B. TROUSDELL, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB HOFSTADTER, Respondent, v. EMPIRE TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.